UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 09-10324-GAO

UNITED STATES OF AMERICA

v.

BRIAN J. FEBONIO,
Defendant.

ORDER
February 6, 2015

O'TOOLE, D.J.

Petitioner Brian Febonio was convicted of armed robbery in violation of 18 U.S.C. § 2113(a), (d) and 18 U.S.C. § 2. He was sentenced to 110 months in prison, five years of supervised release, and restitution payments totaling $26,433 to Sovereign Bank. Febonio now moves to vacate his sentence pursuant to 28 U.S.C. § 2255, claiming ineffective assistance of counsel.

Febonio sets forth several arguments regarding his counsel's performance. In particular, Febonio claims that he contacted his attorney, Bradford Keene, within 14 days of sentencing to request that Keene file an appeal and that Keene failed to do so. If this contention is true, Febonio may be entitled to have his sentence vacated and reimposed such that he can file an appeal. See United States v. Torres-Otero, 232 F.3d 24, 31-32 (1st Cir. 2000) (quoting United States v. Phillips, 225 F.3d 1198, 1201 (11th Cir. 2000)).

Accordingly, Febonio's attorney-client privilege is deemed waived to the extent that he has asserted that Keene failed to file an appeal and communications between him and Keene may be necessary to prove or disprove his claim. Keene is directed to submit an affidavit under oath

within 28 days of this Order addressing whether – and, if so, when – Febonio directed him to file an appeal and any other information bearing on this issue. In addition, the government is authorized to contact Keene with respect to this matter.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge