UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN FEBONIO, )<br>    Petitioner )<br>)<br>    v. )<br>)<br>UNITED STATES OF AMERICA, )<br>    Respondent ) | Criminal NO. 09-10324-GAO |

**Government's Memorandum In Opposition To
Petitioner's Supplemental Motion Under
28 U.S.C. §2255**

**Introduction**

The United States of America, by its attorneys, Carmen M. Ortiz, United States Attorney, and Kenneth G. Shine, Assistant U.S. Attorney, respectfully responds in opposition to Brian Febonio's ("defendant") Supplemental Motion under 18 U.S.C. § 2255 [Docket No. 62]. Defendant's motion revolves exclusively around a renewed challenge that he received ineffective assistance of counsel due to counsel, Bradford E. Keene's ("Attorney Keene") alleged failure to file a notice of appeal following this Court's imposition of sentence. Defendant's motion should be denied as Attorney Keene has filed an affidavit with this Court [Docket No. 70] where he states that Febonio did not instruct him to file a notice of appeal within the 14-day time limit.

1

I.      **PROCEDURAL BACKGROUND**

On October 28, 2009, Febonio was charged in a one-count Indictment with armed robbery in violation of 18 U.S.C. § 2113(a) and (d).

On September 21, 2010, Febonio pled guilty to the above Indictment.  There was no Plea Agreement in this matter.

On December 21, 2010, the Court, after a full hearing, sentenced Febonio to 110 months' imprisonment, 5 years months of Supervised Release, restitution, and a mandatory Special Assessment of $100.[Docket No. 48].  At the time of sentencing Febonio was represented by Attorney Keene. [Docket No. 44].

On September 12, 2011, defendant filed a letter with the Court seeking an extension to file a notice of appeal and the appointment of counsel. [Docket No. 62].  December 19, 2011, Febonio filed a Motion to Vacate under 18 U.S.C. § 2255. [Docket No. 55].  On December 23, 2011, the Government filed its Memorandum in Opposition to defendant's Motion to Vacate under 18 U.S.C. § 2255. [Docket No. 57].  On January 19, 2012, defendant filed a Reply to Response to the Government's Memorandum in Opposition. [Docket No. 58].  On June 7, 2012, defendant filed a Supplemental Brief to his previously filed Motions to Vacate. [Docket No. 62].  On September 17, 2014, defendant filed a further Supplemental Memorandum to his Motion to Vacate. {Docket No. 67].

On February 6, 2015, this Court filed an Order instructing Attorney Keene to "submit an affidavit under oath within 28 days of this Order addressing whether-and if so when-Febonio directed him to file an appeal and any other information bearing on this issue. In addition, the government is authorized to contact Keene with respect to this matter." [Docket No. 68.]

On March 5, 2015, Attorney Keene filed his affidavit. [Docket No. 70]. In his affidavit Attorney Keene states, "I have no specific recollection of Mr. Febonio directing me to file an appeal of his sentence within the 14 day time limit."[1] Attorney Keene goes on further to state that "during the relevant time period, Mr. Febonio and I communicated often: via telephone, in person, and he mailed me handwritten letters both prior to, and after his sentencing hearing."[2]

The filing of Attorney Keene's affidavit ends all questions on this matter. As such, the government requests this matter be denied

---

[1] Docket No. 70 ¶ 5
[2] Docket No. 70 ¶ 6

```
                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

                         By:  /s/ Kenneth G. Shine
                              KENNETH G. SHINE
                              Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, to include Petitioner.

```
                    Brian Febonio
                    Prisoner 24547-038
                    U.S.P. Cannan
                    P.O. Box 400
                    Waymart, PA 18472

                              /s/ Kenneth G. Shine
                              KENNETH G. SHINE
                              Assistant U.S. Attorney
```

Date: March 24, 2015